# United States Court of Appeals
## For the First Circuit

No. 06-2326

SPGGC, LLC; METABANK; U.S. BANK N.A.,

Plaintiffs, Appellees,

v.

KELLY A. AYOTTE,
New Hampshire Attorney General,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on May 30, 2007, is amended as follows:

The citation on page 18, lines 21-22 should read: "*supra* note 4."